TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00219-CV

City of San Juan, Appellant

v.

Texas Natural Resources Commission and North Alamo Water 

Supply Corporation, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 95-10363, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

PER CURIAM

 Appellant City of San Juan has filed a motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith 

Dismissed on Appellant's Motion

Filed: January 9, 1997

Do Not Publish